IN THE UNITED STATES DISTRICT OF SOUTHERN MISSISSIPPI

CHRISTOPHER M. BROOKS

VS.

19th CIRCUIT COURT

GEORGE COUNTY, MISSISSIPPI

PETITIONER



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
JUL 18 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

1:19CV407LGRHW

DEFENDANT

CAUSE NO. NOT YET INDICTED

DOCKET NO. NOT YET INDICTED

### PETITION FOR THE WRIT OF HABEAS CORPUS

COMES NOW, THE above named petitioner, indigent, Pro Se, WISHES to bring Writ of Habeas Corpus aginst the 19th CIRCUIT Court, George County, MISSISSIPPI and in support of this petition would respectfully show unto this Honorable Court the following matters and facts, to wit :

1.

This court has jurisdiction over the parties and the subject matter herein.

2.

petitioner ~~_____~~ is currently incarserated in the George county Regional Correctional facility and detained by the George County Sherriff's office

3.

◦ Petitioner has been Continueously confined at (G.C.R.C.F) for 469 days depriving his life, liberty and his 5th, 6th, 8th and 14th constitutional rights

Petitioners Statatory rights pursuant the MISSISSIPPI Bill of Rights Article 3 Sections 14, 21, 24, 26, 27, 28, 29, and 31 were Violated by holding Petitioner without Indictment or any other legal preceeding for 469 days

5.

Defendant has Violated Petitioners right to due process by failing to attempt to indict Petitioner in a timely fashion

6

Defendant has been given more than ample time to indict petitioner hereby exceeding the 270 days to bring petitioner to trial from arrest hereby Violating his Constitutional right to fast and Speedy trial

7.

as of Todays date Petitioner has sent letter to the George County District Attorney to inform them he can prove his innocense and still has no response.

~~Petitioner~~ Requests that Relief in the form of being released immediatly and charges be dropped be granted

9.

Petitioner requests that this court grant this writ and be issued an apology

10.

In the alternative petitioner request to be released on own recognizance to be able to seek adequit legal representation

11.

Petitioner pleads that this Honorable Court grant this writ on grounds that his Constitutional and statatory rights were Violated along with his right to due process of law

WHEREFORE PREMISES CONSIDERED, This Petitioner Pleads that this Honorable Court upon a Hearing hereon of this writ enter an order granting writ.

Respectfully Submitted

Petitioner, Pro Se
CC:/File, Ptr. Christopher M. Brooks

This 30th day of June 2019.