UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CHRISTOPHER M. BROOKS                                                                PETITIONER

VERSUS                                                    CIVIL ACTION NO. 1:19CV407-LG-RHW

BOBBY FAIRLEY                                                                          RESPONDENT

**PROPOSED FINDINGS OF FACT AND RECOMMENDATION**

Christopher M. Brooks filed a 28 U.S.C. § 2241 petition challenging his pre-trial confinement in the George County Regional Correctional Facility. Brooks was arrested on March 22, 2018, on charges of sexual battery and touching for lustful purposes. Doc. [12-2]. In his complaint, he alleged being held in custody without an indictment. He requests that the charges be dropped and immediate release from custody. Subsequent to Brooks filing his petition, the grand jury returned a "no true bill" on Brooks' charges of sexual battery and touching for lustful purposes. Doc. [13-1]. Brooks was released from custody on October 16, 2019. Doc. [13] at 2. Consequently, Brooks' § 2241 petition is now moot. *See Salgado v. Federal Bureau of Prisons*, 220 F.App'x 256, 257 (5th Cir. 2007).

**RECOMMENDATION**

Based on the foregoing, the undersigned recommends that Christopher M. Brooks' 28 U.S.C. § 2241 petition be dismissed as MOOT.

**NOTICE OF RIGHT TO APPEAL/OBJECT**

Pursuant to 28 U.S.C. § 636(b)(1), any party who desires to object to this report must serve and file written objections within fourteen (14) days after being served with a copy unless the time period is modified by the District Court. A party filing objections must specifically identify those findings, conclusions and recommendations to which objections are being made; the

2

District Court need not consider frivolous, conclusive or general objections. Such party shall file the objections with the Clerk of the Court and serve the objections on the District Judge and on all other parties. A party's failure to file such objections to the proposed findings, conclusions and recommendation contained in this report shall bar that party from a de novo determination by the District Court. Additionally, a party's failure to file written objections to the proposed findings, conclusions, and recommendation contained in this report within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions that have been accepted by the district court and for which there is no written objection. *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

SO ORDERED AND ADJUDGED, this the 14th day of April 2020.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE